No. 94-568

IN THE SUPREME COURT OF THE STATE OF MONTANA

1995

IN RE THE MARRIAGE OF:

LINDA E. BROWN,

      Petitioner and Respondent,

  and

RICHARD J. BROWN,

      Respondent and Appellant.

FILED

MAR 30 1995

_____ Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

APPEAL FROM:   District Court of the Tenth Judicial District,
               In and for the County of Fergus,
               The Honorable Peter Rapkoch, Judge presiding.

COUNSEL OF RECORD:

      For Appellant:

         Timothy J. O'Hare, Lewistown, Montana

      For Respondent:

         Bruce E. Lee, Billings, Montana

Submitted on Briefs:  February 23, 1995

Decided:  March 30, 1995

Filed:

_____
              Clerk

Chief Justice J. A. Turnage delivered the Opinion of the Court.

Richard J. Brown appeals from the dissolution of his marriage to Linda E. Brown by the District Court for the Tenth Judicial District, Fergus County. We affirm.

The issues are whether the District Court erred by including nonmarital property (a slot machine) in the distribution of marital property, whether the court erred in awarding maintenance, and whether the court abused its discretion by not granting Richard two months summer visitation with his children.

After reviewing the record, we conclude that substantial credible evidence supports inclusion of the slot machine in the marital estate. We discern no abuse of discretion in the award of maintenance or in the visitation schedule. We therefore affirm.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document with the Clerk of the Supreme Court and by a report of its result to State Reporter Publishing Company and West Publishing Company.

_____
Chief Justice

2

We concur:

_William E Hunt_

_____

_W. William Leaphart_

_____
                    Justices